IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| BREIA P., | : |
| | : |
| Plaintiff, | : Case No. 2:24-cv-04189 |
| | : |
| v. | : Judge Algenon L. Marbley |
| | : |
| COMMISSIONER OF SOCIAL SECURITY, | : Magistrate Judge Stephanie K. Bowman |
| | : |
| Defendant. | : |

## ORDER

This matter comes before this Court on a Joint Motion for an Award of Attorney's Fees under the Equal Access to Justice Act. (ECF No. 11). For good cause shown, this Court **GRANTS** the Joint Motion (ECF No. 11) and, pursuant to the parties' stipulation, **ORDERS** as follows:

1. The Parties' Joint Stipulation for an Award of Attorney's Fees under the Equal Access to Justice Act (EAJA) is accepted and the Commissioner shall pay Plaintiff's attorney fees in the amount of $1,100.00;

2. Counsel for the parties shall verify whether or not Plaintiff owes a preexisting debt to the United States subject to offset, consistent with *Astrue v. Ratliff*, 130 S. Ct. 2521, 560 U.S. 586 (2010). If no such pre-existing debt exists, Defendant shall pay the EAJA award directly to Plaintiff's counsel pursuant to the EAJA assignment signed by Plaintiff and counsel; and

3. This case remains terminated on the docket of this Court.

**IT IS SO ORDERED.**

**ALGENON L. MARBLEY**
**UNITED STATES DISTRICT JUDGE**

**DATE: June 30, 2025**